IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:05CR259 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| **AARON LEE KUNTZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to suppress (Filing No. 18).

In light of the plea, the motion will be denied as moot.

IT IS ORDERED that the Defendant's motion to suppress (Filing No. 18) is denied as moot.

DATED this 25th day of October, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge